**IT IS ORDERED as set forth below:**



**Date: December 4, 2023**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>KALISH JAJUAN BEBEE,<br>        Debtor(s)/Movant(s),<br><br>v.<br><br>VERA CRUZ SYCAMORE PROPERTIES,<br><br>        Respondent. | CASE NUMBER: 23-58209-SMS<br><br>CHAPTER 7<br><br>JUDGE SIGLER<br><br>CONTESTED MATTER |

**O R D E R**

Before the Court is the Motion to Avoid Lien (the "Motion") of the above-named Debtor(s), as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). (Docket No. 21). This Respondent has not filed a response; thus, the Motion is deemed to be unopposed. *See* BLR 6008-1(b), N.D. Ga. Since the creditor whose lien is sought to be avoided has failed to controvert the allegations in the Motion, it is hereby

**ORDERED** that the lien held by the Respondent upon exempt property of the above-named Movant(s) is **AVOIDED** to the extent that such lien impairs an exemption to which Movant(s) would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk of Court is directed to serve a copy of this Order on the parties on the below distribution list.

END OF DOCUMENT

DISTRIBUTION LIST
Kalish Jajuan Bebee
1824 Devon Dr SW
Atlanta, GA 30311

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Jordan E. Lubin
Lubin Law, P.C.
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307

Vera Cruz Sycamore Properties
5738 Old Dixie Hwy
Forest Park, GA 30297

Vera Cruz Sycamore Properties
c/o Roy P. Ruda, Rg. Agt. for SYCAMORE PROPERTY MGMT
Glenridge Highlands One - Ste 800,
5555 Glenridge Connector,
Atlanta, GA, 30342