**IT IS ORDERED as set forth below:**



**Date: January 10, 2024**

_____

Sage M. Sigler
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-58209-SMS |
| KALISH JAJUAN BEBEE, | : | Chapter 7 |
| Debtor, | : | Judge Sigler |
| KALISH JAJUAN BEBEE, | : | |
| Movant, | : | |
| v. | : | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | : | |
| Respondent. | : | |

**CONSENT ORDER GRANTING MOTION TO AVOID
JUDICIAL LIEN ON EXEMPT PROPERTY**

This matter comes before the Court on the Motion to Avoid Judicial Lien on Exempt Property filed October 31, 2023 (the "Motion") of the above-named Debtor, as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d) [Doc. No. 20]. To resolve the Motion, Debtor Kalish Jajuan Bebee and Respondent Nationwide Mutual Insurance Company have stipulated to the relief set forth herein. For good cause shown, it is hereby

SWDocID4873-2860-9687.2
4873-2860-9687.3

**ORDERED** that the lien held by Respondent upon exempt property of the above-named Movant is **AVOIDED** to the extent that such lien impairs an exemption to which Movant would have been entitled pursuant to 11 U.S.C. § 522(b).

Debtor may file or record a copy of this order in any public record, Court, or credit reporting agency to effectuate the removal of such lien from or the release of such lien in the public record and credit reporting agencies. Nothing in this Order shall be deemed to require Respondent to initiate the removal of this lien from the public record or to initiate any other action to effectuate this Order. However, Respondent will not hinder Movant's efforts to remove this lien and shall cooperate if the public records, Court, or credit reporting agencies require actions from Respondent in Movant's efforts to remove or release this lien in the public records and credit reporting agencies.

The Clerk of Court is directed to serve a copy of this Order on the parties on the below distribution list.

Approved:

| | |
|---|---|
| **ICE MILLER LLP** | **KING & KING LAW LLC** |
| */s/ John C. Cannizzaro* | */s/ L.P. Powell* |
| John C. Cannizzaro, Esq. | L.P. Powell |
| OH Bar No. 0085161 | GA Bar #103474 |
| 250 West Street, Suite 700 | 215 Pryor Street |
| Columbus, OH 43215 | Atlanta, GA 30303 |
| (614) 462-2700 | (404) 524-6400 |
| john.cannizzaro@icemiller.com | notices@kingkingllc.com |
| *Counsel for Respondent* | *Counsel for Debtor* |

END OF DOCUMENT

DISTRIBUTION LIST

Kalish Jajuan Bebee
1824 Devon Dr SW
Atlanta, GA 30311

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

John C. Cannizzaro
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215

SWDocID4873-2860-9687.2
4873-2860-9687.3

Nationwide Mutual Insurance Company
PO box 96040
Charlotte, NC 28296

SWDocID 4873-2860-9687.2
4873-2860-9687.3